# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 8, 2007

5:07-CV-29-R

Christopher R. Johnson, Clerk
U.S. District Court
101 South Jackson, Room 205
P.O. Box 1566
El Dorado, AR 71730

Re: MDL-1832 -- In re Pilgrim's Pride Fair Labor Standards Act Litigation

(See Attached CTO-1)

Dear Mr. Johnson:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>May 23, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge:     Judge Harry F. Barnes
    Transferor Judges:    (See Attached List of Judges)
    Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 23 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1832

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PILGRIM'S PRIDE FAIR LABOR STANDARDS ACT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On May 10, 2007, the Panel transferred four civil actions to the United States District Court for the Western District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Harry F. Barnes.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Arkansas and assigned to Judge Barnes.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Arkansas for the reasons stated in the order of May 10, 2007, and, with the consent of that court, assigned to the Honorable Harry F. Barnes.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1832
## IN RE PILGRIM'S PRIDE FAIR LABOR STANDARDS ACT LITIGATION

<u>DIST.</u> <u>DIV.</u> <u>C.A. #</u>        <u>CASE CAPTION</u>

**GEORGIA MIDDLE**
  GAM  3   07-24            Freida Brown, et al. v. Pilgrim's Pride Corp.

**GEORGIA NORTHERN**
  GAN  4   07-20            Victor Manuel Hernandez, et al. v. Pilgrim's Pride Corp.

**KENTUCKY WESTERN**
  KYW  5   07-29            Wanda Joiner, et al. v. Pilgrim's Pride Corp.

**PENNSYLVANIA EASTERN**
  ~~PAE  2   06-710~~            ~~Juan Garcia, et al. v. Pilgrim's Pride Corp.~~  Opposed 6/7/07
  ~~PAE  2   06-1249~~           ~~Esperanza Moya, et al. v. Pilgrim's Pride Corp., et al.~~  Opposed 6/7/07
  ~~PAE  2   06-3201~~           ~~Juan Garcia, et al. v. Pilgrim's Pride Corp.~~  Opposed 6/7/07

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1832
## IN RE PILGRIM'S PRIDE FAIR LABOR STANDARDS ACT LITIGATION

Joel S. Allen
Baker & McKenzie, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

Steven B. Barrett
Hamburg, Rubin, Mullin, Maxwell & Lupin
ACTS Center-Blue Bell
375 Morris Road
P.O. Box 1479
Lansdale, PA 19446-0773

Peter H. Burke
Burke, Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, AL 35205

Robert E. DeRose
Barkan Neff Handelman Meizlish
360 South Grant Avenue
P.O. Box 1989
Columbus, OH 43216

Philip A. Downey
P.O. Box 736
Unionville, PA 19376

David W. Garrison
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, TN 37201

William Todd Harvey
Whatley Drake
P.O. Box 10647
2323 Second Avenue North
Birmingham, AL 35202-0647

Carrie B. Hoffman
Gardere, Wynne & Sewell, L.L.P
1601 Elm Street
Suite 3000
Dallas, TX 75201

D. Chris Lauderdale
Jackson Lewis LLP
One Liberty Square
55 Beattie Place
Suite 8000
Greenville, SC 29601

Preyesh K. Maniklal
Gregory, Christy, Maniklal & Dennis, LLP.
4360 Chamblee Dunwoody Road
Suite 428
Atlanta, GA 30341

David H. Moskowitz
Moskowitz & Caraway, P.C.
P.O. Box 501417
Atlanta, GA 30350

John J. O'Donnell
Lavin, O'Neil, Ricci, Cedrone & Disipio
190 N. Independence Mall West
6th & Race Street
Suite 500
Philadelphia, PA 19106

Joseph E. O'Neil
Lavin, O'Neil, Ricci, Cedrone & Disipio
190 N. Independence Mall West
6th & Race Street
Suite 500
Philadelphia, PA 19106

Lawrence Dale Owens
Jackson Lewis LLP
1900 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303

Michael A. Prieto
Perrotta Cahn & Prieto, P.C.
102 North Bartow Street
Cartersville, GA 30120

Ira N. Richards
Trujillo, Rodriguez & Richards, LLC
1717 Arch Street
Suite 3838
Philadelphia, PA 19103

Mary Walsh-Dempsey
O'Malley & Langan
426 Mulberry Street
Suite 203
Scranton, PA 18503

Joel L. Wesch
Neel, Wilson & Clem
9 South Main Street
Henderson, KY 42420

Joe R. Whatley, Jr.
Whatley, Drake & Kallas, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35203-2605

Peter D. Winebrake
Winebrake Law Firm, LLC
Twining Office Center
Suite 114
715 Twining Road
Dresher, PA 19025

Eric L. Young
Kenney, Lennon & Egan
3031 Walton Road
Building C
Suite 202
Plymouth, PA 19462

# INVOLVED JUDGES LIST (CTO-1)
## DOCKET NO. 1832
## IN RE PILGRIM'S PRIDE FAIR LABOR STANDARDS ACT LITIGATION

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. Thomas B. Russell
U.S. District Judge
121 Federal Building
501 Broadway Street
Paducah, KY 42001-6856

~~Hon. Jacob P. Hart~~
~~U.S Magistrate Judge~~
~~United States District Court~~
~~3041 James A. Byrne United States Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106-1797~~